February 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARCO KESSON, Appellant

NO. 14-14-00878-CV                    V.

MY CHAO, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 27, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Marco Kesson.

We further order this decision certified below for observance.